JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRAY BONNER,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | Case No. 2:23-cv-02807-JFW-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 30, 2023

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE